**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL WILLIAMS, KELLIE PREVOST, SCOTT WARBURTON, DEMETRIA TOBUTIS, RICHARD MEKETON, and LISA MIKEC, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC, NBC NEWS DIGITAL LLC, and the COMCAST CORPORATION<br><br>*Defendants*. | Case No: 1:25-cv-07614-LTS-VF<br><br>Hon. Laura Taylor Swain |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Jeffrey Landis in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint, and all prior pleadings, papers, and proceedings in this matter, Defendants NBCUniversal Media, LLC, NBC News Digital LLC, and Comcast Corporation, by and through their undersigned counsel, move this Court before the Honorable Chief Judge Laura Taylor Swain, United States District Court, Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an Order dismissing Plaintiffs' Complaint, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Defendants certify that they used best efforts to resolve informally the matters raised in their Motion to Dismiss and that the challenged pleading, *i.e.*, Plaintiffs' complaint (ECF No. 2),

has not been amended in response to the arguments raised in Defendants' Motion. *See* C.J. Laura Taylor Swain Individual Practice A.2.b.ii.

Dated: April 27, 2026

Respectfully submitted,

By: /s/ *Jeffrey Landis*

Jeffrey Landis
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
Email: jeff@zwillgen.com

Sudhir V. Rao
ZWILLGEN PLLC
183 Madison Avenue, Suite 1601
New York, NY 10016
Telephone: (646) 362-5590
Email: sudhir.rao@zwillgen.com

Benjamin S. Thomassen (*pro hac vice* forthcoming)
ZWILLGEN PLLC
One North LaSalle St. Suite 4600
Chicago, IL 60602
Telephone: (312) 685-2278
Email: ben.thomassen@zwillgen.com