UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL WILLIAMS, et al.,

                       Plaintiffs,

               -against-

NBCUNIVERSAL MEDIA, LLC, et al.,

                       Defendants.
------------------------------------------------------------------x

25-CV-7614 (LTS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 27, 2026, Defendants moved to dismiss Plaintiffs' complaint. ECF No. 30. The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Thursday, June 4, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **June 4, 2026**.

The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such form with the Court. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their options pursuant to 28 U.S.C. § 636(c).

     **SO ORDERED.**

DATED:    New York, New York
            May 5, 2026

                                     _____
                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge