UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL WILLIAMS, et al.,

Plaintiffs,

-against-

NBCUNIVERSAL MEDIA, LLC, et al.,

Defendants.
---------------------------------------------------------------x

25-CV-7614 (LTS) (VF)

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to discuss Defendants' motion to stay discovery (see ECF No. 38) is hereby scheduled for **Tuesday, August 18, 2026, at 2:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; conference ID [907 704 667#].**

**SO ORDERED.**

DATED: New York, New York
July 30, 2026

VALERIE FIGUEREDO
United States Magistrate Judge