**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

WILLIAMS et al,

Plaintiff,

-against-

NBC UNIVERSAL MEDIA, LLC et al,

Defendants.

---------------------------------------------------------------X

**25-CV-07614-LTS-VF**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a conference today, August 18, 2026. For the reasons stated at the conference, Defendant's motion to stay discovery is GRANTED.

The Clerk of Court is respectfully directed to close the motion at ECF No. 38.

**SO ORDERED.**

DATED: New York, New York
August 18, 2026

VALERIE FIGUEREDO
United States Magistrate Judge